IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

LINDA HINTON COUNCIL, #111669

VS.                                                    CIVIL ACTION NO. 2:09cv19-KS-MTP

MARGARET BINGHAM

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This cause came on this date to be heard upon the Report and Recommendation

of the United States Magistrate Judge entered herein on January 19, 2011, after referral

of hearing by this Court, no objections having been filed as to the Report and

Recommendation, and the Court, having fully reviewed the same as well as the record

in this matter, and being duly advised in the premises, finds that said Report and

Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and

the same hereby is, adopted as the finding of this Court, and the Complaint is hereby

dismissed with prejudice. A separate judgment will be entered herein in accordance with

this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 10th day of February, 2011.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE